**Order entered August 28, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00401-CV

### FINANCE OF AMERICA REVERSE, LLC, Appellant

### V.

### CELIA A. HOPKEN, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16418**

## ORDER

Before the Court is appellant's August 26, 2019 second status report regarding settlement. Appellant informs the Court that one term of the parties' agreement "remains to be worked out," and the parties anticipate the agreement will be completed shortly.

Based on the status report, we **ORDER** appellant to file either a motion to dismiss the appeal or a third status report no later than September 27, 2019.

/s/    KEN MOLBERG
        JUSTICE